IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ARTHUR L. LOCHER, JR.

   Plaintiff,      :   Case No. 3:11-cv-412

 -vs-

                Judge Timothy S. Black
                Magistrate Judge Michael J. Newman

COMMISSIONER OF
  SOCIAL SECURITY

   Defendants.      :

## ORDER

   The Court is now in receipt of Plaintiff's response (doc. 5) to the Court's pending Show Cause Order. For good cause shown, the Court finds the Show Cause Order **SATISFIED** and that Order (doc. 4) is **RESCINDED.**

   The United States Marshal ("USM") is **ORDERED** to make service of process in this case under Fed. R. Civ. P. 4(c)(3) upon presentation of properly completed process, copies of the Complaint, and the USM Form 285 – all of which appear to be attached by Plaintiff's counsel to Document 5. All costs of service shall be advanced by the United States.

   The 120-day period, set forth in Fed. R. Civ. P. 4(m) for service of process is, accordingly, **EXTENDED FORTY-FIVE (45) DAYS.**

**IT IS SO ORDERED.**

April 9, 2012                                          s/**Michael J. Newman**
                                                            United States Magistrate Judge