UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**ARTHUR L. LOCHER, JR.,**        CASE NO.   **3:11-cv-412**

    Plaintiff,                                   **Judge Timothy S. Black**

   **-vs-**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ'S non-disability finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: February 7, 2013                               **JOHN P. HEHMAN, CLERK**

                                                                       By: *s/ M. Rogers*
                                                                       Deputy Clerk